IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. 7:14-CV-213-D

| | |
|---|---|
| DAVID L. HOPKINS, et al., ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | **ORDER** |
| ) | |
| JOSEPH A. GEMBALA, III, ) | |
| ) | |
| Defendant. ) | |

On February 6, 2015, Joseph A. Gembala, III ("defendant") moved to dismiss plaintiffs' complaint for lack of personal and subject-matter jurisdiction, insufficient service of process, and failure to state a claim upon which relief can be granted. See [D.E. 10]. On March 16, 2015, plaintiffs responded in opposition and asked, inter alia, for the court to transfer venue to the United States District Court for the Eastern District of Pennsylvania. See [D.E. 19].

Defendant's motion to dismiss [D.E. 10] is DENIED without prejudice. The court TRANSFERS the action to the United States District Court for the Eastern District of Pennsylvania. See, e.g., Szulick v. TAG Virgin Islands, Inc., 858 F. Supp. 2d 532, 541–49 (E.D.N.C. 2010).

SO ORDERED. This _3_ day of June 2015.

                              JAMES C. DEVER III
                              Chief United States District Judge